IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C

**ORDER TO SHOW CAUSE**

Craig Thomas Wormley - #182137

_____/

It appearing that Craig Thomas Wormley has been enrolled as an inactive member of the State Bar of California pursuant to Section 6203 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective June 16, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before October 28, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Craig Thomas Wormley
Wormley Law Group
3413 Inglewood Blvd.
Los Angeles, CA 90066