**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV-08-80187 MISC VRW |
| Craig Thomas Wormley, | ORDER |
| State Bar No 182137 | |

On September 18, 2008, the court issued an order to show cause (OSC) why Craig Thomas Wormley should not be removed from the roll of attorneys authorized to practice law before this court, based on his enrollment, effective June 16, 2008 as an inactive member of the State Bar pursuant to section 6203 of the Business & Professions Code. The OSC was mailed to Mr Wormley's address of record with the State Bar. Mr Wormley has filed no response.

The court now orders Craig Thomas Wormley removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Case Number: C 08-80187 MISC VRW

**CERTIFICATE OF SERVICE**

Craig Thomas Wormley,

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig Thomas Wormley
Wormley Law Group
3413 Inglewood Blvd.
Los Angeles, CA 90066

November 24, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk